Deborah A. Ferguson, Bar No. 5333
Craig H. Durham, Bar No. 6428
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
Tel.: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID C. DICKERSON, KRISTY L. BURNETT,<br><br>Plaintiffs.<br><br>vs.<br><br>WASHINGTON COUNTY, JIM HARBERD, DELTON WALKER, BONNIE BRENT, DANNY ROARK, NATE MARVIN,<br><br>Defendants. | Case No. 1:25-cv-00349-DCN<br><br>**NOTICE OF DISMISSAL OF DEFENDANT DELTON WALKER** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss Defendant Delton Walker.

Submitted on this 15th day of September, 2025.

/s/ Deborah A. Ferguson
Deborah A. Ferguson
FERGUSON DURHAM, PLLC
Attorneys for Plaintiffs
